Date: 08/06/10                DIVIDENDS REMITTED TO THE COURT     #150 776           Page: 1

Case Number 09-17840 - BUSSERT, PAUL F.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | 000011 | 41.32 | 0.09   ck#111 |
| User Friendly Phone Book<br>PO Box 131929<br>Spring, TX 77393<br>   (15-1) sp | 000015 | 278.00 | 0.59   ck#115 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba PAYPAL PLUS CREDIT<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000017 | 742.88 | 1.59   ck#117 |
| ---------- Remittance Total ---------- | | 1,062.20 | 2.27 |

_(signature)_
TRUSTEE VIRGIL E. BROWN, JR., Trustee

FILED 2010 AUG 16 PM 2:08 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND