Recpt #151182
CK #120
FILED
2010 OCT 25 PM 2:17
U.S. ...
NORTHERN DISTRICT COURT
CLEVELAND, OHIO

VIRGIL E. BROWN JR.
ATTORNEY AT LAW
2136 NOBLE ROAD
CLEVELAND, OHIO 44112
(216) 851-3304
FAX (216) 851-2900

October 17, 2010

Clerk of Court
United States Bankruptcy Court
201 Superior Avenue
Cleveland, Ohio 44113

Re: Bussert, Paul F.
    Bankruptcy Case 09-17840

Pursuant to Bankruptcy Rule 3010 and/or Code Section 347 we are submitting the enclosed small dividend check and/or unclaimed funds for the above case:

| | |
|---|---|
| Amount: | $ 9.28 |
| Creditor: | International Granite & Marble |
| | c/o Metthew R. Thomas |
| | 45 W. Prospect Avenue |
| | Cleveland, Ohio 44115 |
| Proof of Claim amount | $4,346.89 |
| Check Number | ~~116~~ 120 |

Please let us know if you have any questions.

Sincerely,

Virgil E. Brown, Jr.
VEB/mmb